IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| WALTER E. RYAN, JR., individually and on behalf of others similarly situated, | § § § § | No. 77, 2022 |
| Plaintiff Below, Appellant, | § § | |
| v. | § § § | Court Below:  Court of Chancery of the State of Delaware |
| BUCKEYE PARTNERS, L.P., BUCKEYE GP LLC, CLARK C. SMITH, PEITER BAKKER, BARBARA M. BAUMANN, BARBARA J. DUGANIER, JOSEPH A. LASCALA, JR., MARK C. MCKINLEY, LARRY C. PAYNE, OLIVER G. RICHARD, III, FRANK S. SOWINSKI, MARTIN A. WHITE, IFM INVESTORS PTY LTD, IFM GLOBAL INFRASTRUCTURE FUND, HERCULES INTERMEDIATE HOLDINGS LLC, | § § § § § § § § § § § § § § § § § | C.A. No. 2021-0432 |
| Defendants Below, Appellees. | § § § | |

Submitted:   September 14, 2022
Decided:      October 3, 2022

Before **SEITZ**, Chief Justice; **VALIHURA**, and **TRAYNOR**, Justices.

# **O R D E R**

This 3rd day of October 2022, having considered this matter on the briefs of the

parties and the record below, and having concluded that the same should be affirmed on

the basis of and for the reasons assigned by the Court of Chancery in its Memorandum

Opinion dated February 9, 2022;

NOW THEREFORE IT IS ORDERED that the judgment of the Court of Chancery be and the same hereby is AFFIRMED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice